IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-20560-JAD |
| SHAWN PATRICK NOLAN and ) | |
| MICHELE LEAH NOLAN, ) | Chapter 13 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS**

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9010 and all other applicable law, the undersigned, as counsel of record for **First Commonwealth Bank**, a creditor of the above-named Debtors and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

**Preston D. Jaquish, Esquire**
McGrath McCall, P.C.
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, Pennsylvania 15222
Telephone: 412-281-4333
Facsimile: 412-281-2141
pjaquish@lenderlaw.com

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interests of the Debtors.

By: /s/ Preston D. Jaquish
Preston D. Jaquish, Esquire
PA I.D. No. 316463
McGrath McCall, P.C.
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, PA 15222
Telephone: (412) 281-4333
Facsimile: (412) 281-2141
pjaquish@lenderlaw.com
Attorneys for First Commonwealth Bank