Certificate Number: 05781-PAW-DE-034146309

Bankruptcy Case Number: 20-20560



05781-PAW-DE-034146309

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2020, at 3:38 o'clock PM PST, Shawn Nolan completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 26, 2020            By:   /s/Allison M Geving

                                     Name: Allison M Geving

                                     Title: President