**Form RSC**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−20560−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Shawn Patrick Nolan | Michele Leah Nolan |
| 137 Dutchtown Road | 137 Dutchtown Road |
| Butler, PA 16002 | Butler, PA 16002 |

Social Security No.:
  xxx−xx−0848                                                        xxx−xx−5635

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Dai Rosenblum | Ronda J. Winnecour |
| 254 New Castle Road Suite B | Suite 3250, USX Tower |
| Butler, PA 16001−2529 | 600 Grant Street |
| Telephone number: 724−283−2900 | Pittsburgh, PA 15219 |
| | Telephone number: 412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| June 1, 2020 | June 1, 2020 |
| 10:00 AM | 10:00 AM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**MEETING RESCHEDULED DUE TO COVID−19. ALL OTHER DEADLINES FROM PRIOR NOTICE REMAIN THE SAME.**

Dated: 3/25/20                                                                BY THE COURT

                                                                              Jeffery A. Deller
                                                                              Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-20560-JAD
Shawn Patrick Nolan                                                       Chapter 13
Michele Leah Nolan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: agro              Page 1 of 2           Date Rcvd: Mar 25, 2020
                              Form ID: rscCOVID       Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db/jdb         +Shawn Patrick Nolan,    Michele Leah Nolan,    137 Dutchtown Road,    Butler, PA 16002-7515
15201033       +Best Buy/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
15201034       +Butler Health System,    One Hospital Way,    Butler, PA 16001-4670
15201035        CBCS,    PO Box 2724,    Columbus, OH 43216-2724
15201037      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank,    P.O. Box 78045,    Phoenix, AZ 85062)
15201038       +Citibank/Best Buy,    P.O. Box 790441,    Saint Louis, MO 63179-0441
15201039       +Citibank/Citigroup,    Bankruptcy Dept.,    P.O. Box 6034,    Sioux Falls, SD 57117-6034
15201040        Clerk of Court of Butler County,    P.O. Box 1208,    Butler, PA 16003-1208
15201041       +Connie Westfall,    1214 Keely Road,    Franklin, PA 16323-6612
15205415       +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1225
15218547       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
15201046       +Mary Beckwith,    100 Able View Drive,    Unit 1,    Butler, PA 16001-8802
15201047       +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
15201048       +Nationstar dba Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
15201052      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,    P.O. Box 5855,
                 Carol Stream, IL 60197-5855)
15213993       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 04:53:11      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2020 04:47:54
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15201036        E-mail/Text: EBNProcessing@afni.com Mar 26 2020 04:54:29      CenturyLink,    c/o afni,
                 1310 Martin Luther King Dr,    PO Box 3517,    Bloomington, IL 61702-3517
15201042        E-mail/Text: bankruptcynotice@fcbanking.com Mar 26 2020 04:51:43      First Commonwealth Bank,
                 Attn:  Special Assets,    P.O. Box 400,    Indiana, PA 15701
15201043        E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 26 2020 04:52:02      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
15201045        E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 26 2020 04:47:27      JPMCB Card,
                 P.O. Box 15369,    Wilmington, DE 19850
15201049        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2020 04:50:11
                 Portfolio Recovery Associates,    120 Corporate Blvd.,    Suite 100,    Norfolk, VA 23502
15201834       +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:47:10      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15201050        E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:47:13      Synchrony Bank/JC Penney,
                 P.O. Box 965007,    Orlando, FL 32896-5007
15201051        E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:49:28      Synchrony Bank/Levin,
                 P.O. Box 965036,    Orlando, FL 32896-5036
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr*            +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1225
15201044*      +Internal Revenue Service,    Insolvency Operation,    Room 711B,    1000 Liberty Ave,
                 Pittsburgh, PA 15222-4107
                                                                                               TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2              User: agro                  Page 2 of 2                   Date Rcvd: Mar 25, 2020
                                  Form ID: rscCOVID           Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
          Dai   Rosenblum    on behalf of Joint Debtor Michele Leah Nolan Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          Dai   Rosenblum    on behalf of Debtor Shawn Patrick Nolan Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```