# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | |
| SHAWN PATRICK NOLAN, and ) | Case No: 20-20560-JAD |
| MICHELE LEAH NOLAN, ) | |
|     Debtors. ) | Chapter 13 |
| ) | |
| SHAWN PATRICK NOLAN, and ) | |
| MICHELE LEAH NOLAN, ) | Related to Document No.: 29 |
|     Movants, ) | |
| ) | Hearing Date: 05/27/2020 |
| v. ) | |
| ) | Hearing Time: 10:00 |
| RONDA J. WINNECOUR, Trustee, ) | |
| ) | Response Deadline: 05/01/2020 |
|     Respondent. ) | |

## NOTICE OF TELEPHONIC HEARING AND RESPONSE DEADLINE REGARDING MOTION OF THE DEBTORS MOTION TO DIVIDE CASE AND FOR SEPARATE ADMINISTRATION

TO THE RESPONDENT(S):

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later the May 1, 2020 [seventeen (17) days after the date of service below], in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.

    If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held

    Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled. You should take this Notice and the Motion to a lawyer at once.

    *A **telephonic hearing*** will be held on May 27, 2020 at 10:00 AM before the Honorable Jeffery A. Deller. Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases, which may be found on the Court's webpage at www.pawb.uscourts.gov.

   Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service: April 15, 2020

            /s/ Dai Rosenblum, Esq.
            Dai Rosenblum, for the Debtors
            Suite B, 254 New Castle Road
            Butler, PA  16001-2529
            (724) 283-2900 PA ID No. 31802
            dai@dairosenblumbankruptcy.com