**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| SHAWN PATRICK NOLAN, and ) | Case No: 20-20560-JAD |
| MICHELE LEAH NOLAN, ) | |
|     Debtors. ) | Chapter 13 |
| ) | |
| SHAWN PATRICK NOLAN, and ) | |
| MICHELE LEAH NOLAN, ) | Related to Document No.: 29, 30 |
|     Movants, ) | |
| ) | Hearing Date: 05/27/2020 |
| v. ) | |
| ) | Hearing Time: 10:00 |
| RONDA J. WINNECOUR, Trustee, ) | |
| ) | Response Deadline: 05/01/2020 |
|     Respondent. ) | |

**<u>CERTIFICATE OF SERVICE OF MOTION TO DIVIDE CASE AND FOR SEPARATE ADMINISTRATION ANDS NOTICE SETTING HEARING</u>**

    I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on April 15, 2020. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

***Service by First-Class Mail:***

Michele Leah Nolan
137 Dutchtown Road
Butler, PA 16002

Shawn Patrick Nolan
137 Dutchtown Road
Butler, PA 16002

Best Buy/CBNA
P.O. Box 6497
Sioux Falls, SD 57117

Butler Health System
One Hospital Way
Butler, PA 16001

CBCS
PO Box 2724
Columbus, OH 43216-2724

CenturyLink
c/o afni
1310 Martin Luther King Dr
PO Box 3517
Bloomington, IL 61702-3517

Citibank
P.O. Box 78045
Phoenix, AZ 85062

Citibank/Best Buy
P.O. Box 790441
Saint Louis, MO 63179

Citibank/Citigroup
Bankruptcy Dept.
P.O. Box 6034
Sioux Falls, SD 57117

Clerk of Court of Butler County
P.O. Box 1208
Butler, PA 16003-1208

Connie Westfall
1214 Keely Road
Franklin, PA 16323

First Commonwealth Bank
Attn: Special Assets
P.O. Box 400
Indiana, PA 15701

First Commonwealth Bank
c/o McGrath McCall, P.C.
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, PA 15222

Internal Revenue Service
Insolvency Operation
Room 711B
1000 Liberty Ave
Pittsburgh, PA 15222

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JPMCB Card
P.O. Box 15369
Wilmington, DE 19850

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Mary Beckwith
100 Able View Drive
Unit 1
Butler, PA 16001

Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019

Nationstar dba Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019

Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261-9741

Portfolio Recovery Associates
120 Corporate Blvd.
Suite 100
Norfolk, VA 23502

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Synchrony Bank/JC Penney
P.O. Box 965007
Orlando, FL 32896

Synchrony Bank/Levin
P.O. Box 965036
Orlando, FL 32896-5036

Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60197-5855

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**James Warmbrodt**
**Nationstar Mortgage LLC**
bkgroup@kmllawgroup.com

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Preston D. Jaquish**
**First Commonwealth Bank**
pjaquish@lenderlaw.com

Executed on: April 15, 2020

  /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dai@dairosenblumbankruptcy.com