**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| SHAWN PATRICK NOLAN, and | ) |
| MICHELE LEAH NOLAN, | ) Bankruptcy No.: 20-20560-JAD |
| Debtor(s). | ) |
| | ) |
| | ) Chapter 13 |
| MICHELE LEAH NOLAN, | ) |
| SSN# XXX-XX-5635 | ) |
| Movant, | ) |
| | )  Related to |
| v. | ) Document No.: 34 |
| | ) |
| LUTHERAN SENIORLIFE, | ) |
| | ) |
| Respondent. | ) |
| | ) |
| RONDA J. WINNECOUR, Trustee. | ) |

## ORDER TERMINATING WAGE ATTACHMENT

Upon the Motion of the Debtor, Michele Leah Nolan, to terminate the Wage Attachment Order in this case, for good cause shown, the Wage Attachment Order is hereby terminated.

It is further ORDERED that all income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues, be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

It is further ORDERED that this order supersedes previous orders made to the above-named entity in this case.

It is further ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

DATED this ___20th___ day of ___April___, 20_20_

Judge Jeffery A. Deller
United States Bankruptcy Court

sjk

cc: Debtor(s)
  Attorney for Debtor(s)
  Office of the Standing Chapter 13 Trustee

FILED
4/20/20 3:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 20-20560-JAD
Shawn Patrick Nolan                                                   Chapter 13
Michele Leah Nolan
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: agro            Page 1 of 1            Date Rcvd: Apr 20, 2020
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2020.
db/jdb        +Shawn Patrick Nolan,   Michele Leah Nolan,   137 Dutchtown Road,   Butler, PA 16002-7515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2020 at the address(es) listed below:
          Dai Rosenblum   on behalf of Joint Debtor Michele Leah Nolan Jody@dairosenblumbankruptcy.com,
           Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          Dai Rosenblum   on behalf of Debtor Shawn Patrick Nolan Jody@dairosenblumbankruptcy.com,
           Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Preston D. Jaquish   on behalf of Creditor   First Commonwealth Bank pjaquish@lenderlaw.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                        TOTAL: 6