**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| SHAWN PATRICK NOLAN, and ) | Case No: 20-20560-JAD |
| MICHELE LEAH NOLAN, ) | |
|     Debtors. ) | Chapter 13 |
| ) | |
| SHAWN PATRICK NOLAN, and ) | |
| MICHELE LEAH NOLAN, ) | Related to Document No.: 29 |
|     Movants, ) | |
| ) | Hearing Date: 05/27/2020 |
| v. ) | |
| ) | Hearing Time: 10:00 |
| RONDA J. WINNECOUR, Trustee, ) | |
| ) | Response Deadline: 05/01/2020 |
|     Respondent. ) | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO DIVIDE CASE**
**AND FOR SEPARATE ADMINISTRATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Divide Case and for Separate Administration filed on April 15, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Divide Case and for Separate Administration appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Divide Case and for Separate Administration were to be filed and served no later than May 1, 2020.

It is hereby respectfully requested that the Order attached to the Motion to Divide Case and for Separate Administration be entered by the Court.

May 4, 2020

                                                                           /s/ Dai Rosenblum
                                                                           Dai Rosenblum, for the Debtors
                                                                           254 New Castle Road, Suite B
                                                                           Butler, PA  16001-2529
                                                                           (724) 283-2900 PA ID No. 31802
                                                                           dai@dairosenblumbankruptcy.com