## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| SHAWN PATRICK NOLAN, and MICHELE LEAH NOLAN, Debtors. | ) Case No: 20-20560-JAD <br> ) Chapter 13 |
| SHAWN PATRICK NOLAN, and MICHELE LEAH NOLAN, Movants, | ) Related to Document No.: 29 <br> ) Hearing Date: 05/27/2020 |
| v. | ) Hearing Time: 10:00 |
| RONDA J. WINNECOUR, Trustee, Respondent. | ) Response Deadline: 05/01/2020 |

### ORDER ON MOTION TO DIVIDE CASE AND FOR SEPARATE ADMINISTRATION IN ORDER TO CONVERT ONE DEBTOR TO CHAPTER 7

**And Now,** the \_\_\_22nd\_\_\_ day of \_\_\_May\_\_\_, 20\_20\_, after careful consideration of the Debtors' Motion to Divide Case and for Separate Administration in Order to Convert One Debtor to Chapter 7, it is **ORDERED** that the Debtors' Motion is granted.

**It is Further Ordered**, that the Clerk shall provide a new case number for the Debtor Michele Leah Nolan under Chapter 13. The Debtor Shawn Patrick Nolan shall remain in his Chapter 13 Case at case number 20-20560-JAD.

**It is Further Ordered**, that within 15 days of this Order, Counsel for the Debtor shall file a separate petition, schedules, and related documents for the Debtor Michele Leah Nolan,

and shall file any other relevant amended documents in the case of the Debtor Shawn Patrick Nolan.

_____ sjk
Judge Jeffery A. Deller
United State Bankruptcy Court

FILED
5/22/20 10:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA