**DEFAULT O/E JAD**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | |
| SHAWN PATRICK NOLAN, and ) | Case No: 20-20560-JAD |
| MICHELE LEAH NOLAN, ) | |
|         Debtors. ) | Chapter 13 |
| ) | |
| SHAWN PATRICK NOLAN, and ) | Related to |
| MICHELE LEAH NOLAN, ) | Document No.: 29 |
|         Movants, ) | |
| ) | Hearing Date: 05/27/2020 |
|         v. ) | |
| ) | Hearing Time: 10:00 |
| RONDA J. WINNECOUR, Trustee, ) | |
| ) | Response Deadline: 05/01/2020 |
|         Respondent. ) | |

## ORDER ON MOTION TO DIVIDE CASE AND FOR SEPARATE ADMINISTRATION IN ORDER TO CONVERT ONE DEBTOR TO CHAPTER 7

**And Now,** the ___22nd___ day of ___May___, 20_20_, after careful consideration of the Debtors' Motion to Divide Case and for Separate Administration in Order to Convert One Debtor to Chapter 7, it is **ORDERED** that the Debtors' Motion is granted.

**It is Further Ordered**, that the Clerk shall provide a new case number for the Debtor Michele Leah Nolan under Chapter 13. The Debtor Shawn Patrick Nolan shall remain in his Chapter 13 Case at case number 20-20560-JAD.

**It is Further Ordered**, that within 15 days of this Order, Counsel for the Debtor shall file a separate petition, schedules, and related documents for the Debtor Michele Leah Nolan,

and shall file any other relevant amended documents in the case of the Debtor Shawn Patrick Nolan.

                                                                          _____sjk
                                                                          Judge Jeffery A. Deller
                                                                          United State Bankruptcy Court

FILED
5/22/20 10:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 20-20560-JAD
Shawn Patrick Nolan                                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: agro                Page 1 of 2                Date Rcvd: May 22, 2020
                              Form ID: pdf900           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2020.
```
db            +Shawn Patrick Nolan,    137 Dutchtown Road,    Butler, PA 16002-7515
15201033      +Best Buy/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
15201034      +Butler Health System,    One Hospital Way,    Butler, PA 16001-4670
15201035       CBCS,   PO Box 2724,    Columbus, OH 43216-2724
15201037     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank,    P.O. Box 78045,    Phoenix, AZ 85062)
15235238       Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
15201038      +Citibank/Best Buy,    P.O. Box 790441,    Saint Louis, MO 63179-0441
15201039      +Citibank/Citigroup,    Bankruptcy Dept.,    P.O. Box 6034,    Sioux Falls, SD 57117-6034
15201040       Clerk of Court of Butler County,    P.O. Box 1208,    Butler, PA 16003-1208
15201041      +Connie Westfall,    1214 Keely Road,    Franklin, PA 16323-6612
15205415      +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                444 Liberty Avenue,    Pittsburgh, PA 15222-1225
15218547      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
15201046      +Mary Beckwith,    100 Able View Drive,    Unit 1,    Butler, PA 16001-8802
15201047      +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
15229458      +Nationstar Mortgage LLC d/b/a Mr. Cooper,     PO Box 619096,    Dallas, TX 75261-9096
15201048      +Nationstar dba Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
15201052     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    P.O. Box 5855,
                Carol Stream, IL 60197-5855)
15213993      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2020 08:21:36
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15201036       E-mail/Text: EBNProcessing@afni.com May 23 2020 02:41:00      CenturyLink,    c/o afni,
                1310 Martin Luther King Dr,    PO Box 3517,    Bloomington, IL 61702-3517
15201042       E-mail/Text: bankruptcynotice@fcbanking.com May 23 2020 02:40:22      First Commonwealth Bank,
                Attn: Special Assets,    P.O. Box 400,    Indiana, PA 15701
15201043       E-mail/Text: sbse.cio.bnc.mail@irs.gov May 23 2020 02:40:29      Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
15201045       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 23 2020 02:42:34      JPMCB Card,
                P.O. Box 15369,    Wilmington, DE 19850
15226354       E-mail/PDF: resurgentbknotifications@resurgent.com May 23 2020 02:43:11      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15201049       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2020 08:21:36
                Portfolio Recovery Associates,    120 Corporate Blvd.,    Suite 100,    Norfolk, VA 23502
15235258       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2020 08:21:36
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15201834      +E-mail/PDF: gecsedi@recoverycorp.com May 23 2020 02:42:29      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15234870      +E-mail/PDF: gecsedi@recoverycorp.com May 23 2020 02:42:28      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15201050      +E-mail/PDF: gecsedi@recoverycorp.com May 23 2020 02:42:32      Synchrony Bank/JC Penney,
                P.O. Box 965007,    Orlando, FL 32896-5007
15201051       E-mail/PDF: gecsedi@recoverycorp.com May 23 2020 02:42:57      Synchrony Bank/Levin,
                P.O. Box 965036,    Orlando, FL 32896-5036
15231627       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 23 2020 02:43:13      Verizon,
                by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
                                                                                              TOTAL: 13
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             Nationstar Mortgage LLC d/b/a Mr. Cooper
cr*           +First Commonwealth Bank,   c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                444 Liberty Avenue,    Pittsburgh, PA 15222-1225
15201044*     +Internal Revenue Service,   Insolvency Operation,    Room 711B,    1000 Liberty Ave,
                Pittsburgh, PA 15222-4107
                                                                                  TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2              User: agro                  Page 2 of 2                  Date Rcvd: May 22, 2020
                                  Form ID: pdf900             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2020 at the address(es) listed below:
          Dai   Rosenblum    on behalf of Debtor Michele Leah Nolan Jody@dairosenblumbankruptcy.com,
           Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          Dai   Rosenblum    on behalf of Joint Debtor Michele Leah Nolan Jody@dairosenblumbankruptcy.com,
           Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          Dai   Rosenblum    on behalf of Debtor Shawn Patrick Nolan Jody@dairosenblumbankruptcy.com,
           Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```