**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| SHAWN PATRICK NOLAN, ) | Case No: 20-20560-JAD |
| ) | |
| Debtor. ) | Chapter 13 |
| ) | |
| SHAWN PATRICK NOLAN, ) | |
| ) | |
| Movant, ) | Related to Document No.: 42, 43 |
| ) | |
| v. ) | Hearing Date: 06/24/2020 |
| ) | |
| RONDA J. WINNECOUR, Trustee, ) | Hearing Date: 10:00 AM |
| ) | |
| Respondent. ) | Response Deadline: 06/12/2020 |

**CERTIFICATE OF SERVICE OF MOTION TO CONVERT CASE TO CHAPTER 7
AND NOTICE SETTING HEARING**

I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on May 26, 2020. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*

Michele Leah Nolan
137 Dutchtown Road
Butler, PA 16002

Shawn Patrick Nolan
137 Dutchtown Road
Butler, PA 16002

Best Buy/CBNA
P.O. Box 6497
Sioux Falls, SD 57117

Butler Health System
One Hospital Way
Butler, PA 16001

CBCS
PO Box 2724
Columbus, OH 43216-2724

CenturyLink
c/o afni
1310 Martin Luther King Dr
PO Box 3517
Bloomington, IL 61702-3517

Citibank
P.O. Box 78045
Phoenix, AZ 85062

Citibank/Best Buy
P.O. Box 790441
Saint Louis, MO 63179

Citibank/Citigroup
Bankruptcy Dept.
P.O. Box 6034
Sioux Falls, SD 57117

Clerk of Court of Butler County
P.O. Box 1208
Butler, PA 16003-1208

Connie Westfall
1214 Keely Road
Franklin, PA 16323

First Commonwealth Bank
Attn: Special Assets
P.O. Box 400
Indiana, PA 15701

| | |
|---|---|
| First Commonwealth Bank<br>c/o McGrath McCall, P.C.<br>Four Gateway Center, Suite 1040<br>444 Liberty Avenue<br>Pittsburgh, PA 15222 | Mr. Cooper<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019 |
| Internal Revenue Service<br>Insolvency Operation<br>Room 711B<br>1000 Liberty Ave<br>Pittsburgh, PA 15222 | Nationstar dba Mr. Cooper<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>PO Box 619096<br>Dallas, TX 75261-9741 |
| JPMCB Card<br>P.O. Box 15369<br>Wilmington, DE 19850 | Portfolio Recovery Associates<br>120 Corporate Blvd.<br>Suite 100<br>Norfolk, VA 23502 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Synchrony Bank/JC Penney<br>P.O. Box 965007<br>Orlando, FL 32896 |
| Mary Beckwith<br>100 Able View Drive, Unit 1<br>Butler, PA 16001 | Synchrony Bank/Levin<br>P.O. Box 965036<br>Orlando, FL 32896-5036 |
| | Toyota Financial Services<br>P.O. Box 5855<br>Carol Stream, IL 60197-5855 |
| | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001 |

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**James Warmbrodt**
**Nationstar Mortgage LLC**
bkgroup@kmllawgroup.com

**Preston D. Jaquish**
**First Commonwealth Bank**
pjaquish@lenderlaw.com

Executed on: May 26, 2020

 /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dai@dairosenblumbankruptcy.com