# United States Bankruptcy Court
### Western District of Pennsylvania

In re  **Shawn Patrick Nolan**                                                              Case No.  **20-20560**
                                      Debtor(s)                                              Chapter   **13**

## Notice of Change of Address

Debtor's Social Security Number:    **xxx-xx-0848**

Joint Debtor's Social Security Number:  **xxx-xx-5635**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:            **Shawn Patrick Nolan**

Street:          **137 Dutchtown Road**

City, State and Zip:  **Butler, PA 16002**

Telephone #:

**Please be advised that effective May 26, 2020,
my (our) new mailing address and telephone number is:**

Name:            **Shawn Patrick Nolan**

Street:          **218 North Bluff Street**

City, State and Zip:  **Butler, PA 16001**

Telephone #:

/s/ Dai Rosenblum, Esquire_____
254 New Castle Road, Suite B
Butler, PA  16001  PA ID 31802
Phone: 724-283-2900 FAX 724-287-5302
e-mail:  Dai@dairosenblumbankruptcy.com