IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Shawn Patrick Nolan | ) | Case No.: 20-20560 JAD |
| | ) | |
| Debtor | ) | Chapter 13 |
| _____ ____ | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| Movant, | ) | Related Document No. 41 |
| Vs. | ) | |
| No Respondents. | ) | |

WITHDRAWAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

The Trustee's Report of Receipts and Disbursements that was filed in the above-referenced case on May 26, 2020 (document no. 41) is hereby WITHDRAWN.

Respectfully submitted,

5-28-2020                                       /s/ Ronda J. Winnecour
date                                                 Ronda J. Winnecour (PA I.D. #30399)
                                                       Attorney and Chapter 13 Trustee
                                                       U.S. Steel Tower – Suite 3250
                                                       600 Grant Street
                                                       Pittsburgh, PA  15219
                                                       (412) 471-5566
                                                       cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Shawn Patrick Nolan | ) | Case No.: 20-20560 JAD |
| | ) | |
| Debtor | ) | Chapter 13 |
| _____ ____ | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| Movant, | ) | Related Document No. 41 |
| Vs. | ) | |
| No Respondents. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of

the foregoing pleading upon the following, by regular United States mail, postage

prepaid:

Shawn Patrick Nolan
218 North Bluff Street
Butler, PA 16001

Dai Rosenblum, ESQ
254 New Castle Road Ste B
Butler, PA 16001

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222


5-28-2020                         /S/ Christie L. Klein
date                              Administrative Assistant
                                  Office of the Chapter 13 Trustee
                                  US Steel Tower – Suite 3250
                                  600 Grant Street
                                  Pittsburgh, PA  15219
                                  cmecf@chapter13trusteewdpa.com