**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shawn Patrick Nolan** | Social Security number or ITIN | **xxx–xx–0848** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | **2/18/20** |
| Case number: | **20–20560–JAD** | Date case converted to chapter **7** | **5/27/20** |

Official Form 309B (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set       12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Shawn Patrick Nolan | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 218 North Bluff Street<br>Butler, PA 16001 | |
| 4. | **Debtor's attorney**<br>Name and address | Dai Rosenblum<br>254 New Castle Road Suite B<br>Butler, PA 16001–2529 | Contact phone 724–283–2900<br><br>Email:  Jody@dairosenblumbankruptcy.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101 | Contact phone 724–443–4757<br><br>Email:  crawfordmcdonald@aol.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**       page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 5/27/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 29, 2020 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.     Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/28/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: _____** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: _____** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-20560-JAD
Shawn Patrick Nolan                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: agro            Page 1 of 2            Date Rcvd: May 27, 2020
                              Form ID: 309B         Total Noticed: 37

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2020.
db             +Shawn Patrick Nolan,    218 North Bluff Street,    Butler, PA 16001-5345
aty            +James Warmbrodt,    KML Law Group, P.C.,   701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Preston D. Jaquish,    McGrath & McCall, P.C.,    Four Gateway Center,    Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1225
15201033       +Best Buy/CBNA,    P.O. Box 6497,   Sioux Falls, SD 57117-6497
15201034       +Butler Health System,    One Hospital Way,   Butler, PA 16001-4670
15201035        CBCS,   PO Box 2724,    Columbus, OH 43216-2724
15235238        Citibank, N.A.,    5800 S Corporate Pl,   Sioux Falls, SD 57108-5027
15201038       +Citibank/Best Buy,    P.O. Box 790441,   Saint Louis, MO 63179-0441
15201039       +Citibank/Citigroup,    Bankruptcy Dept.,   P.O. Box 6034,    Sioux Falls, SD 57117-6034
15201040        Clerk of Court of Butler County,    P.O. Box 1208,    Butler, PA 16003-1208
15201041       +Connie Westfall,    1214 Keely Road,   Franklin, PA 16323-6612
15205415       +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1225
15218547       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
15201046       +Mary Beckwith,    100 Able View Drive,   Unit 1,    Butler, PA 16001-8802
15201047       +Mr. Cooper,    8950 Cypress Waters Blvd.,   Coppell, TX 75019-4620
15229458       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
15201048       +Nationstar dba Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
15213993       +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: Jody@dairosenblumbankruptcy.com May 28 2020 04:31:04     Dai Rosenblum,
                 254 New Castle Road Suite B,    Butler, PA 16001-2529
tr             +EDI: BRCCRAWFORD.COM May 28 2020 07:58:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
                 P.O. Box 355,    Allison Park, PA 15101-0355
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 28 2020 04:32:57     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov May 28 2020 04:33:12
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: PRA.COM May 28 2020 07:58:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15201037        EDI: CITICORP.COM May 28 2020 07:58:00      Citibank,   P.O. Box 78045,    Phoenix, AZ 85062
15201036        EDI: AFNIRECOVERY.COM May 28 2020 07:58:00      CenturyLink,   c/o afni,
                 1310 Martin Luther King Dr,    PO Box 3517,   Bloomington, IL 61702-3517
15201042        E-mail/Text: bankruptcynotice@fcbanking.com May 28 2020 04:32:15     First Commonwealth Bank,
                 Attn: Special Assets,    P.O. Box 400,   Indiana, PA 15701
15201043        EDI: IRS.COM May 28 2020 07:58:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
15201045        EDI: JPMORGANCHASE May 28 2020 07:58:00      JPMCB Card,   P.O. Box 15369,
                 Wilmington, DE 19850
15226354        E-mail/PDF: resurgentbknotifications@resurgent.com May 28 2020 04:35:26      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
15201049        EDI: PRA.COM May 28 2020 07:58:00      Portfolio Recovery Associates,    120 Corporate Blvd.,
                 Suite 100,    Norfolk, VA 23502
15235258        EDI: PRA.COM May 28 2020 07:58:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
15201834       +EDI: RMSC.COM May 28 2020 07:58:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15234870       +EDI: RMSC.COM May 28 2020 07:58:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
15201050       +EDI: RMSC.COM May 28 2020 07:58:00      Synchrony Bank/JC Penney,    P.O. Box 965007,
                 Orlando, FL 32896-5007
15201051        EDI: RMSC.COM May 28 2020 07:58:00      Synchrony Bank/Levin,    P.O. Box 965036,
                 Orlando, FL 32896-5036
15201052        EDI: TFSR.COM May 28 2020 07:58:00      Toyota Financial Services,    P.O. Box 5855,
                 Carol Stream, IL 60197-5855
15231627        EDI: AIS.COM May 28 2020 07:58:00      Verizon,   by American InfoSource as agent,    PO Box 4457,
                 Houston, TX 77210-4457
                                                                                                TOTAL: 19

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr*            +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1225
15201044*      +Internal Revenue Service,    Insolvency Operation,   Room 711B,    1000 Liberty Ave,
                 Pittsburgh, PA 15222-4107
                                                                                   TOTALS: 1, * 2, ## 0
```

```
District/off: 0315-2         User: agro              Page 2 of 2           Date Rcvd: May 27, 2020
                             Form ID: 309B           Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2020 at the address(es) listed below:

```
         Dai   Rosenblum    on behalf of Debtor Michele Leah Nolan Jody@dairosenblumbankruptcy.com,
          Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
         Dai   Rosenblum    on behalf of Debtor Shawn Patrick Nolan Jody@dairosenblumbankruptcy.com,
          Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
         James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
          bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Preston D. Jaquish    on behalf of Creditor   First Commonwealth Bank pjaquish@lenderlaw.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
                                                                                           TOTAL: 7
```