IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Shawn Patrick Nolan ) | Case No.: 20-20560 JAD |
| ) | |
| Debtor ) | Chapter 13 |
| _____) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
| Movant, ) | Related Document No. 41 and 52 |
| Vs. ) | |
| No Respondents. ) | |

### WITHDRAWAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

The Trustee's Report of Receipts and Disbursements that was filed in the above-referenced case on May 26, 2020 (document no. 41) is hereby WITHDRAWN.

Respectfully submitted,

5-28-2020
date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IT IS SO ORDERED.

Date: May 29, 2020

_____
Jeffery A. Deller, U.S.B.J.     sjk

FILED
5/29/20 10:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Shawn Patrick Nolan  
      Debtor

Case No. 20-20560-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: agro     Page 1 of 1     Date Rcvd: May 29, 2020  
                            Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2020.  
db            +Shawn Patrick Nolan,   218 North Bluff Street,   Butler, PA 16001-5345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2020 at the address(es) listed below:  
         Dai  Rosenblum    on behalf of Debtor Michele Leah Nolan Jody@dairosenblumbankruptcy.com,  
          Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com  
         Dai  Rosenblum    on behalf of Debtor Shawn Patrick Nolan Jody@dairosenblumbankruptcy.com,  
          Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com  
         James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper  
          bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Preston D. Jaquish    on behalf of Creditor   First Commonwealth Bank pjaquish@lenderlaw.com  
         Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com  
                                                                                                        TOTAL: 6