*FILING FEE PAID*    ___ Yes ___ No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Nolan**    (JAD/TPA/CMB/GLT)

Case Number: **20-20560**

Date of Meeting: **6/1/20**    Recording # _____

Debtor(s) present ___ or Not Present ✓ ( ___ No Payments Made or ___ partial payments)

Attorney for debtor(s) **Rosenblum** (Present ___ or Not Present ✓)

Date of Plan at § 341: _____    Applicable commitment period ___ 3 yrs ___ 5 yrs

**Case converted to chapter 7**

**Doc 48**

FILED
6/3/20 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

___ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)    **Converted**
✓ Meeting NOT HELD    **Case**

___ Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___ Continued to:
    ___ 341 Meeting    OR ___ Conciliation Conf. OR ___ *Contested Hearing
    On _____ at _____ am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee