**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CASE NO. 20-20560-JAD |
| SHAWN PATRICK NOLAN,<br>    Debtor(s). | Chapter 13 |
| RONDA J. WINNECOUR, Chapter 13 Trustee,<br>    Movant(s), | Related to Doc. 59 |
| vs. | |
| SHAWN PATRICK NOLAN, and<br>MICHELE LEAH NOLAN,<br>    Respondent(s). | |

**STIPULATED ORDER CONCERNING AMOUNTS TO BE REFUNDED TO MICHELE LEAH NOLAN AS A RESULT OF THE DIVISION AND CONVERSION OF HER CASE TO CHAPTER 7**

WHEREAS, on February 18, 2020 the Debtors, SHAWN PATRICK NOLAN and MICHELE LEAH NOLAN filed a joint Chapter 13.

WHEREAS, on April 15, 2020 the Debtors filed a Joint Motion to Divide the Case at Doc. 29. The Order approving the division was entered at Doc. 39 on May 22, 2020. As provided for in the Order, the case of SHAWN PATRICK NOLAN, was to continue to be administered as a Chapter 13 at the instant case number, and Debtor MICHELE LEAH NOLAN was to be assigned a new case number.

WHEREAS, Debtor MICHELE LEAH NOLAN's new case number is 20-21606-JAD, which case was converted to Chapter 7 by Order entered at Doc. 39 (i.e., simultaneous with the Order dividing the cases).

WHEREAS, on May 27, 2020, upon motion of SHAWN PATRICK NOLAN, the Court also ordered the conversion of his case to Chapter 7.

WHEREAS, Debtors' joint Plan was funded solely by an attachment on MICHELE LEAH NOLAN's post-petition wages and the Trustee has accumulated a balance on hand entirely from her attached post-petition wages in the amount of $3,609.81.

WHEREAS, as a result of the division of the cases and the conversion of the Debtor Wife's case to Chapter 7, it is necessary for the Trustee to refund the balance on hand, all of which Trustee believes is attributable to Debtor

Wife's post-petition attached wages.

WHEREAS, to avoid any issues or controversies concerning what amount is due to which Debtor, Trustee has requested that the Debtors expressly agree to the amount to be refunded to Debtor Wife.

NOW, THEREFORE, the parties, consisting of the Debtors, SHAWN PATRICK NOLAN and MICHELE LEAH NOLAN, and RONDA J. WINNECOUR, Chapter 13 Trustee, agree as follows:

1. The Trustee will refund directly to Debtor MICHELE LEAH NOLAN the entire current balance on hand in the instant bankruptcy case, which is the sum of $3,609.81 ("Refund"), in accordance with her normal distribution cycle for debtor refunds on converted cases.

2. Debtor MICHELE LEAH NOLAN agrees that the Refund represents payment in full of any and all amounts to which she is entitled as a result of her conversion of her divided case to Chapter 7.

3. The Debtor SHAWN PATRICK NOLAN agrees that Debtor MICHELE LEAH NOLAN is entitled to the Refund out of the balance on hand in the instant case.

So ORDERED, this ___3rd___ day of _____June_____, 20_20__.

_____sjk
U.S. Bankruptcy Judge
Jeffery A. Deller

FILED
6/3/20 12:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

AGREED TO:

/s/ Owen Katz
Owen Katz, Esquire,
PA I.D. 36473
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA 15219
(412) 471-5566
E-mail: okatz@chapter13trusteewdpa.com
Attorney for Trustee

/s/ Dai Rosenblum
Dai Rosenblum, Esquire
PA ID No. 31802
254 New Castle Road, Suite B
Butler, PA 16001
(724) 283-2900 FAX 724-287-5302
E-mail: dai@dairosenblumbankruptcy.com
Attorney for Debtor Shawn Patrick Nolan at Case No. 20-20560-JAD
Attorney for Michele Leah Nolan at Case No. 20-21606-JAD

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Shawn Patrick Nolan
      Debtor

Case No. 20-20560-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: agro     Page 1 of 1     Date Rcvd: Jun 03, 2020
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2020.
         +Owen Katz, Esq.,   US Steel Tower  Suite 3250,   600 Grant St.,   Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2020 at the address(es) listed below:
         Dai  Rosenblum    on behalf of Debtor Michele Leah Nolan Jody@dairosenblumbankruptcy.com, Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
         Dai  Rosenblum    on behalf of Debtor Shawn Patrick Nolan Jody@dairosenblumbankruptcy.com, Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
         James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Preston D. Jaquish    on behalf of Creditor   First Commonwealth Bank pjaquish@lenderlaw.com
         Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
                                                                                         TOTAL: 6