# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) |
| SHAWN PATRICK NOLAN, | ) Bankruptcy No.: 20-20560-JAD |
| | ) |
| Debtor. | ) Chapter: 7 |
| | ) |
| SHAWN PATRICK NOLAN, | ) Document No.: 65 |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| NO RESPONDENT. | ) |
| | ) |
| ROSEMARY C. CRAWFORD, Trustee. | ) |

## SCHEDULE OF ALL UNPAID DEBTS INCURRED AFTER COMMENCEMENT OF CHAPTER 13 CASE AND BEFORE CONVERSION

NONE

June 10, 2020					Respectfully submitted,

					 /s/Dai Rosenblum,Esq.
					Dai Rosenblum, Esquire
					Suite B, 254 New Castle Road
					Butler, PA 16001-2529
					724-283-2900    Pa. ID# 31802
					dai@dairosenblumbankruptcy.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | ) |
| | ) |
| SHAWN PATRICK NOLAN, | ) Bankruptcy No.: 20-20560-JAD |
| | ) |
| Debtor. | ) Chapter: 7 |
| | ) |
| SHAWN PATRICK NOLAN, | ) Document No.: 65 |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| NO RESPONDENT. | ) |
| | ) |
| ROSEMARY C. CRAWFORD, Trustee. | ) |

**SCHEDULE OF ALL EXECUTORY CONTRACTS ENTERED INTO AFTER COMMENCEMENT OF CHAPTER 13 CASE AND BEFORE CONVERSION**

NONE

June 10, 2020

Respectfully submitted,

 /s/Dai Rosenblum,Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dai@dairosenblumbankruptcy.com

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | |
| ) | |
| SHAWN PATRICK NOLAN, ) | Bankruptcy No.: 20-20560-JAD |
| ) | |
| Debtor. ) | Chapter: 7 |
| ) | |
| SHAWN PATRICK NOLAN, ) | Document No.: 65 |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| NO RESPONDENT. ) | |
| ) | |
| ROSEMARY C. CRAWFORD, Trustee. ) | |

**SCHEDULE OF ALL NEW PROPERTY ACQUIRED AFTER COMMENCEMENT OF CHAPTER 13 CASE AND BEFORE CONVERSION**

NONE

June 10, 2020

Respectfully submitted,

 /s/Dai Rosenblum,Esq.
Dai Rosenblum, Esquire
Suite B,  254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dai@dairosenblumbankruptcy.com