**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | |
| ) | |
| SHAWN PATRICK NOLAN, ) | Bankruptcy No.: 20-20560-JAD |
| ) | |
| Debtor. ) | Chapter: 7 |
| ) | |
| SHAWN PATRICK NOLAN, ) | Document No.: 66 |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| NO RESPONDENT. ) | |
| ) | |
| ROSEMARY C. CRAWFORD, Trustee. ) | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_\_ Voluntary Petition - *Specify reason for amendment*:

<u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)
\_\_\_\_\_ Summary of Schedules
\_\_\_\_\_ Schedule A - Real Property
\_\_\_\_\_ Schedule B - Personal Property
\_\_\_\_\_ Schedule C - Property Claimed as Exempt
\_\_\_\_\_ Schedule D - Creditors holding Secured Claims
        Check one:
           \_\_\_\_\_ Creditor(s) added
           \_\_\_\_\_ NO creditor(s) added
           \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule E - Creditors Holding Unsecured Priority Claims
        Check one:
           \_\_\_\_\_ Creditor(s) added
           \_\_\_\_\_ NO creditor(s) added
           \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule F - Creditors Holding Unsecured Nonpriority Claims
        Check one:
           \_\_\_\_\_ Creditor(s) added
           \_\_\_\_\_ NO creditor(s) added
           \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule G - Executory Contracts and Unexpired Leases
        Check one:
           \_\_\_\_\_ Creditor(s) added
           \_\_\_\_\_ NO creditor(s) added
           \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule H - Codebtors
\_\_\_\_\_ Schedule I - Current Income of Individual Debtor(s)
\_\_\_\_\_ Schedule J - Current Expenditures of Individual Debtor(s)

\_\_\_\_\_     Statement of Financial Affairs
\_\_\_\_\_     Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_     Chapter 11 List of Equity Security Holders
\_\_\_\_\_     Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_X\_\_    Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_     Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as listed on the attached Certificate of Service.

Date: June 10, 2020

  /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dai@dairosenblumbankruptcy.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Shawn Patrick Nolan**

Case: **20-20560-JAD**

Debtor(s)  Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 4,750.00 |
   | Prior to the filing of this statement I have received | $ 4,750.00 |
   | Balance Due | $ 0.00 |

2. $ **310.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Exemption planning; providing information and possible negotiation of reaffirmation agreements. Nonrefundable retainer is against total fees charged at $195/hr for attorney, $75/hr for paralegals. There is also a $500 advance payment for out-of-pocket costs, including the filing fee. Also, there is a $750 fee for services related to conversion of this case to Chapter 7.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, objection to claims, or any other adversary proceeding. Amendments to Petition, Amended Plans, motions to remove liens, motions to reduce amounts owed, motion to dismiss, defending motions or objections filed by Trustee or a creditor, or any other contested matter. Total fees at $195/hr. for attorney; $75/hr. for paralegal. Loss mitigation/mortgage loan modifications $1,000.00.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 5, 2020**
Date

/s/ Dai Rosenblum, Esq.
**Dai Rosenblum, Esq. 31802 PA**
*Signature of Attorney*
**Dai Rosenblum, Esq.**
**254 New Castle Road**
**Suite B**
**Butler, PA 16001**
**724-287-5300   Fax: 724-287-5302**
dai@dairosenblumbankruptcy.com
*Name of law firm*