FILED
6/12/20 1:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*FILING FEE PAID* __Yes__ __No__

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Nolan__  (JAD/TPA/CMB/GLT)

Case Number: __20-20560__

Date of Meeting: __6/1/20__    Recording # _____

Debtor(s) present ___ or Not Present ✓ (___ No Payments Made or ___ partial payments)

Attorney for debtor(s) __Rosenblum__ (Present ___ or Not Present ✓)

Date of Plan at § 341: _____ Applicable commitment period ___ 3 yrs ___ 5 yrs

**Case Converted to chapter 7**

**Doc 48**

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)   *Converted*
✓ Meeting NOT HELD   *Case*    _____ Order to Show Cause Requested
                                _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____ ; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
       _____ 341 Meeting    OR _____ Conciliation Conf. OR _____ *Contested Hearing
       On _____ at _____ am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee