**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

SHAWN PATRICK NOLAN

Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Respondents.

Case No.:20-20560 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 02/18/2020 and confirmed on 01/01/1900 . The case was subsequently (F)CONVERTED BEFORE CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,824.17 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,824.17 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 214.36 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 214.36 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR C<br>  Acct: 3406 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC D/B/A MR C<br>  Acct: 3406 | 4,328.36 | 0.00 | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP (TMCC)<br>  Acct: 2131 | 0.00 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Priority** | | | | |
| DAI ROSENBLUM ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SHAWN PATRICK NOLAN<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>  Acct: 0848 | 9,002.21 | 0.00 | 0.00 | 0.00 |
| DAI ROSENBLUM ESQ<br>  Acct: | 3,000.00 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |

| 20-20560 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| BUTLER HEALTH SYSTEM<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CENTURY LINK<br>Acct: 6013 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 6698 | 7,310.03 | 0.00 | 0.00 | 0.00 |
| CITIBANK NA**<br>Acct: 8510 | 950.87 | 0.00 | 0.00 | 0.00 |
| BUTLER COUNTY CLERK OF COURTS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CONNIE WESTFALL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST COMMONWEALTH FINCL CORP<br>Acct: 4329 | 20,573.76 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK<br>Acct: 1870 | 7,495.30 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 8777 | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MCGRATH MCCALL PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MARY BECKWITH<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 8777 | 4,717.34 | 0.00 | 0.00 | 0.00 |
| CBCS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 0858 | 405.20 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE AS<br>Acct: 0001 | 130.77 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 0706 | 1,313.57 | 0.00 | 0.00 | 0.00 |
| CITIBANK NA**<br>Acct: 7360 | 4,787.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK NA**<br>Acct: 1573 | 670.80 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | | | 0.00 |
|---|---|---|---|---|

```
TOTAL CLAIMED
PRIORITY            9,002.21
SECURED             4,328.36
UNSECURED          48.354.64
```

Date: 06/29/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com