**DEFAULT O/E JAD**

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shawn Patrick Nolan<br>　　　　　　　Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>　　　　　　　Movant<br>　　　v.<br>Shawn Patrick Nolan<br>　　　　　　　Respondent(s)<br>　　　and<br>Rosemary C. Crawford, Trustee<br>　　　　　　　Additional Respondent | BK. NO. 20-20560 JAD<br><br>CHAPTER 7<br>Related to Docket #　73 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 28th day of August, 2020, at Pittsburgh, upon Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 137 Dutchtown Rd, Butler, PA 16002 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　_____ sjk
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　Jeffery A. Deller

FILED
8/28/20 12:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Shawn Patrick Nolan
137 Dutchtown Road
Butler, PA 16002

Dai Rosenblum, Esq.
218 North Bluff Street
Butler, PA 16001
dunmyrem@zoominternet.net

Rosemary C. Crawford
Crawford McDonald, LLC
P.O. Box 355
Allison Park, PA 15101


US Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 20-20560-JAD
Shawn Patrick Nolan                                                                 Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: agro              Page 1 of 2              Date Rcvd: Aug 28, 2020
                               Form ID: pdf900         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2020.
```
db             +Shawn Patrick Nolan,    218 North Bluff Street,    Butler, PA 16001-5345
15201033       +Best Buy/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
15201034       +Butler Health System,    One Hospital Way,    Butler, PA 16001-4670
15201035        CBCS,    PO Box 2724,    Columbus, OH 43216-2724
15201037      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Citibank,    P.O. Box 78045,    Phoenix, AZ 85062)
15235238        Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
15201038       +Citibank/Best Buy,    P.O. Box 790441,    Saint Louis, MO 63179-0441
15201039       +Citibank/Citigroup,    Bankruptcy Dept.,    P.O. Box 6034,    Sioux Falls, SD 57117-6034
15201040        Clerk of Court of Butler County,    P.O. Box 1208,    Butler, PA 16003-1208
15201041       +Connie Westfall,    1214 Keely Road,    Franklin, PA 16323-6612
15205415       +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1225
15218547       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
15201046       +Mary Beckwith,    100 Able View Drive,    Unit 1,    Butler, PA 16001-8802
15201047       +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
15229458       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
15201048       +Nationstar dba Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
15201052      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,    P.O. Box 5855,
                 Carol Stream, IL 60197-5855)
15213993       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2020 04:15:10
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15201036        E-mail/Text: EBNProcessing@afni.com Aug 29 2020 04:14:06      CenturyLink,    c/o afni,
                 1310 Martin Luther King Dr,    PO Box 3517,    Bloomington, IL 61702-3517
15201042        E-mail/Text: bankruptcynotice@fcbanking.com Aug 29 2020 04:13:50      First Commonwealth Bank,
                 Attn: Special Assets,    P.O. Box 400,    Indiana, PA 15701
15201043        E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 29 2020 04:13:51      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
15201045        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 29 2020 04:15:06      JPMCB Card,
                 P.O. Box 15369,    Wilmington, DE 19850
15226354        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2020 04:15:12      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15201049        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2020 04:14:48
                 Portfolio Recovery Associates,    120 Corporate Blvd.,    Suite 100,    Norfolk, VA 23502
15235258        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2020 04:15:10
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15201834       +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2020 04:15:31      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15234870       +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2020 04:15:31      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15201050       +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2020 04:15:31      Synchrony Bank/JC Penney,
                 P.O. Box 965007,    Orlando, FL 32896-5007
15201051        E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2020 04:15:32      Synchrony Bank/Levin,
                 P.O. Box 965036,    Orlando, FL 32896-5036
15231627        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2020 04:15:39      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                              TOTAL: 13
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr*            +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1225
15201044*      +Internal Revenue Service,    Insolvency Operation,    Room 711B,    1000 Liberty Ave,
                 Pittsburgh, PA 15222-4107
                                                                                  TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: agro                 Page 2 of 2               Date Rcvd: Aug 28, 2020
                              Form ID: pdf900            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2020 at the address(es) listed below:
              Dai   Rosenblum    on behalf of Debtor Michele Leah Nolan Jody@dairosenblumbankruptcy.com,
               Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai   Rosenblum    on behalf of Debtor Shawn Patrick Nolan Jody@dairosenblumbankruptcy.com,
               Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Fred W. Freitag, IV    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
               fwfreitagiv@gmail.com,  LeopoldAssociatesPAX6428@projects.filevine.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
                                                                                              TOTAL: 9
```